No. A–657. FRANCIS, WARDEN v. FRANKLIN ET AL., NEXT FRIENDS FOR BERRY. Application to vacate stay of execution of sentence of death entered by the United States District Court for the Southern District of Ohio on February 27, 1998, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. 97–7427. ALTSCHUL v. TEXAS. Ct. Crim. App. Tex. Certiorari dismissed under this Court's 46.

No. 97–8069 (A–644). ARNOLD v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 97–669. CITY OF BELLEVILLE v. DOE ET AL., BY THEIR PARENTS AND NEXT FRIENDS, DOE ET UX. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oncale* v. *Sundowner Offshore Services, Inc., ante*, p. 75.